UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS
IN PERSON HEARING

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his** deputies, and to: Superintendent of the Federal Medical Center (FMC) Devens, Massachusetts, 42 Patton Ave., Ayer, MA 01432 YOU ARE COMMANDED to have the body of      David Kennedy (YOB: 1975)     now in your custody, before the United States District Court for the District of Massachusetts, Harold D. Donohue Building, Courtroom #1 on the 5th Floor, Worcester, MA, on   November 13, 2025        at   3:45 pm for the purpose of an Consent Verification Hearing in the case of UNITED STATES OF AMERICA V.  David Kennedy    CR Number     4:25-mj-4531.

And you are to retain the body of said David Kennedy while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said David Kennedy to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.   And have you then and there this Writ with your doings herein.

Dated this 10th   day of November, 2025.


 /s/ David H. Hennessy
**UNITED STATES MAGISTRATE JUDGE**

ROBERT M. FARRELL, CLERK

By: /s/ Dawn King
SEAL            Courtroom Deputy Clerk